Michele R. Stafford, Esq. (SBN 172509)
Allan D. Shuldiner, Esq. (SBN 252259)
SALTZMAN & JOHNSON LAW CORPORATION
1141 Harbor Parkway, Suite 100
Alameda, CA 94502
Telephone: (510) 906-4710
Email: mstafford@sjlawcorp.com
Email: ashuldiner@sjlawcorp.com

Attorneys for Plaintiffs, Operating Engineers'
Health And Welfare Trust Fund for Northern California, et al.

James F. DeMartini (SBN 76220)
LAW OFFICES OF JAMES F. DEMARTINI
115 W. 1st St.
Cloverdale, CA 95425
Telephone: (707) 894-5000
Email: jim@cloverdalelaw.com

Attorneys for Defendants Rege Construction, Inc., and William Eugene Rege

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., <br><br> Plaintiffs, <br> v. <br><br> REGE CONSTRUCTION, INC., a California Corporation; WILLIAM EUGENE REGE, an individual, <br><br> Defendants. | Case No. 4:20-cv-02124-HSG <br><br> **JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON** <br><br> Date:   June 30, 2020 <br> Time:   2:00 p.m. <br> Ctrm:   Courtroom 2, 4th Floor <br>              1301 Clay St. <br>              Oakland, California <br> Judge:  Hon. Haywood S. Gilliam, Jr. |

Plaintiffs Operating Engineers' Health and Welfare Trust Fund for Northern California, et al. and Defendants Rege Construction, Inc., and William Eugene Rege, Individually. (collectively the "Parties") respectfully request that the Case Management Conference, currently on calendar for June 30, 2020, be continued for approximately ninety (90) days.  Good cause exists for the granting of continuance, as

1

follows:

1.     As the Court's records will reflect, a Complaint was filed by Plaintiffs in this matter on March 27, 2020 (Dkt. #1).

2.     Defendant Rege Construction, Inc. was personally served on May 18, 2020, and a Proof of Service of Summons was filed with the Court on June 2, 2020 (Dkt. #11). Defendant William Eugene Rege was personally served on May 20, 2020, and a Proof of Service of Summons was filed with the Court on June 2, 2020 (Dkt. #10).

3.     Defendants filed an Answer to the Complaint on June 17, 2020 (Dkt. #13).

4.     Plaintiffs' Auditors have completed the audit and have discussed the audit findings with Defendants. After Defendants provided additional documentation to dispute the audit, Plaintiffs' Auditors recently provided Defendants with a revised draft audit report. The Parties do not anticipate any further disputes regarding the draft audit report.

5.     Counsel for the Parties are currently engaged in settlement discussions to resolve the remaining issues and amounts owed to Plaintiffs and are hopeful that a resolution will be reached without Court intervention.

6.     There are no issues that need to be addressed by the Court at the upcoming Case Management Conference. In the interest of conserving costs, as well as the Court's time and resources, Plaintiffs respectfully request that the upcoming Case Management Conference be continued for ninety

//
//
//
//
//
//
//
//
//

2

**JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**
Case No. 4:20-cv-02124-HSG     P:\CLIENTS\OE3CL\Rege Construction, Inc\Pleadings\Rege - Joint RTC CMC 061920 x.docx

(90) days to allow the Parties to continue settlement negotiations and to fully resolve this matter.

Dated:  June 24, 2020                                SALTZMAN & JOHNSON
                                                     LAW CORPORATION

                                           By:      _____/S/_____
                                                     Allan D. Shuldiner
                                                     Attorneys for Plaintiffs, Operating Engineers
                                                     Health and Welfare Trust Fund for Northern
                                                     California, et al.

Dated:  June 24, 2020                                LAW OFFICES OF JAMES F. DEMARTINI

                                           By:      _____/S/_____
                                                     James F. DiMartini
                                                     Attorneys for Defendants, Rege Construction,
                                                     Inc., et al

IT IS SO ORDERED.

    The currently set Case Management Conference is hereby continued to _____ at _____, and all previously set deadlines and dates related to this case are continued accordingly.

Dated:                          2020

                                                     _____
                                                     UNITED STATES DISTRICT COURT JUDGE
                                                     HAYWOOD S. GILLIAM

(90) days to allow the Parties to continue settlement negotiations and to fully resolve this matter.

Dated: June 24, 2020          SALTZMAN & JOHNSON
                              LAW CORPORATION

                              By: _____/S/_____
                              Allan D. Shuldiner
                              Attorneys for Plaintiffs, Operating Engineers
                              Health and Welfare Trust Fund for Northern
                              California, et al.

Dated: June 24, 2020          LAW OFFICES OF JAMES F. DEMARTINI

                              By: _____
                              James F. DeMartini
                              Attorneys for Defendants, Rege Construction,
                              Inc., et al

IT IS SO ORDERED.

    The currently set Case Management Conference is hereby continued to <u>October 6, 2020</u> at <u>  2:00 p.m.  </u>, and all previously set deadlines and dates related to this case are continued accordingly.

Dated: 6/25/2020

_____
UNITED STATES DISTRICT COURT JUDGE
HAYWOOD S. GILLIAM, JR.

---

3

JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON
Case No. 4:20-cv-02124-HSG                                        C:\Data\00 m-z\REGE\Operating Engineeers\Rege - Joint RTC CMC 6-23-20.docx